# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2017

154666

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

MEMBERSELECT INSURANCE COMPANY and
AUTO CLUB GROUP INSURANCE COMPANY,
     Plaintiffs-Appellees,

v

    SC: 154666
    COA: 332564
    Wayne CC: 15-005144-CZ

STEVE LEGAL, as Next Friend of AUGUST
LEGAL, a minor,
     Defendant-Appellant,
and

TERRI LEGAL and PAUL GREEN,
     Defendants.

_____/

On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.

BERNSTEIN, J., did not participate due to his prior relationship with the Sam Bernstein Law Firm.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2017



t0307

Clerk